# United States District Court
# Western District of North Carolina
# Asheville Division

| | | |
|---|---|---|
| **Jonathan Daniel Pippinger** | ) | JUDGMENT IN CASE |
| | ) | |
| Petitioner | ) | 1:24-cv-00030-MR |
| | ) | Related Case Number |
| vs. | ) | |
| | ) | |
| **Buncombe County Government Complex** | ) | |
| Respondent | ) | |

DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's March 11, 2024 Order.

March 11, 2024

_____

Katherine Hord Simon, Clerk
United States District Court